Attorney: DAVID E. NEWMAN, P.A., 1533 SUNSET DRIVE, SUITE 225, 3056659633

Court: UNITED STATES DISTRICT COURT - SOUTHERN DISTRICT OF FLORIDA, COUNTY OF MIAMI-DADE

Case No: **12-CV-22620-MOORE/TORRES**

Court Date/Time: ___ __ ____ / ____ __
Court Room: 21 DAYS

Plaintiff/Petitioner: **UNITED STATES OF AMERICA C/O NEWMAN & MARQUEZ PA**

vs.

Defendant/Respondent: **LISA DYER**

Received by JJL PROCESS CORP. on the 17th day of July, 2012 at 04:15 PM to be served on:

**LISA DYER**
7730 NW 67 AVE APT 505
HIALEAH FL, 33015

**MORAIMA PONCE**, being duly sworn, depose and say that after due diligent inquiry I was unable to effect service upon the respondant in time and on the 4th day of August, 2012 at 09:34 AM, discontinued attempting service of the **SUMMONS AND COMPLAINT** for the reason indicated below:

**NON-SERVED:**   NOT KNOWN AT ADDRESSES GIVEN

I certify that I am of legal age, I have no interest in the above action and that I am a certified or sheriff appointed process server in good standing in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing return of service and that the facts stated in it are true. F.S.92.525(2)

Attempts and Service Comments:
17730 NW 67 AVE APT 505 , HIALEAH, FL 33015: on 08/04/2012 at 09:34am, does not know the defendant tenant have 7 days at this address. office maintenance confirm the information. no parking assigned. ;

X_____
MORAIMA PONCE
Process Server #: 2138
JJL PROCESS CORP.
6415 LAKEWORTH ROAD #100
GREENACRES, FL, 33463
(561) 283-0009
Atty File#: LISA DYER
Job ID#: 1263251



AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### FOR THE SOUTHERN DISTRICT OF FLORIDA

United States of America
c/o NEWMAN & MARQUEZ, P.A.
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

Case Number: 12-CV-22620-Moore/Torres

vs.

LISA DYER
17730 NW 67 AVE APT 505
HIALEAH, FL 33015

### SUMMONS IN A CIVIL ACTION

TO: (Name and Address of Defendant)

    LISA DYER
    17730 NW 67 AVE APT 505
    HIALEAH, FL 33015

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

PLAINTIFF'S ATTORNEY (Name and Address)

Newman & Marquez, P.A.
JENNIFER MARGOLIS MARQUEZ
1533 Sunset Drive #225
Coral Gables, FL 33143-5700

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Clerk of this Court.



## SUMMONS

Date: July 17, 2012

Steven M. Larimore
Clerk of Court

s/ Alex Rodriguez
Deputy Clerk
U.S. District Courts